**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

WACONA L. VANDEHEY,
      Plaintiff,

Case Number 3:07-CV-00208-RRB

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this matter is hereby REMANDED to the Agency to more specifically consider and address Plaintiff's claim of disability due to chronic fatigue syndrome and/or fibromyalgia, in light of SSR 99-2p and, if this condition exists and is disabling, to determine when the disability realistically began.

APPROVED:

_____
   S/RALPH R. BEISTLINE
United States District Judge

_____
Date: May 22, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[]{JMT2.WPT*Rev.3/03}